## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ROY LARON YOUNG**                                                   **PLAINTIFF**
ADC #089567

**v.**                        **CASE NO. 4:25-CV-01064-BSM**

**PULASKI COUNTY JAIL**                                               **DEFENDANT**

### ORDER

Magistrate Judge Jerome T. Kearney's findings and recommendations [Doc. No. 10] are adopted and Roy Young's claims are dismissed for failure to state a claim.  Young's claims are dismissed without prejudice and the clerk is directed to close this case.  An *in forma pauperis* appeal from this order would not be taken in good faith.  *See* 28 U.S.C.  § 1915(a)(3).

IT IS SO ORDERED this 5th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE