IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROY LARON YOUNG**  **PLAINTIFF**
ADC #089567

v.   CASE NO. 4:25-CV-01064-BSM

**PULASKI COUNTY JAIL**  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE